JAMES M. BRADEN (SBN 102397)
PAMELA J. SIEUX (SBN 201102)
LAW OFFICES OF JAMES M. BRADEN
44 MONTGOMERY STREET, SUITE 1210
SAN FRANCISCO, CA 94104

TELEPHONE: (415) 398-6865
FACSIMILE: (415) 788-5605
EMAIL: braden@sf-lawyer.com

Attorneys for Plaintiff Chang-Su Lim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHANG-SU LIM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BUCK INSTITUTE FOR AGE RESEARCH, a California corporation, doing business as Buck Institute -- Advancing Age Research; JUDITH CAMPISI, an individual, Professor at the Buck Institute for Age Research; GORDON LITHGOW, an individual, Associate Professor at the Buck Institute for Age Research; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation that is a public agency or entity of the State of California, doing business as Lawrence Berkeley National Laboratory; LAWRENCE BERKELEY NATIONAL LABORATORY, a business entity of unknown form; LAWRENCE LIVERMORE NATIONAL LABORATORY, a business entity of unknown form; JUDITH CAMPISI, an individual, Senior Staff Scientist at Lawrence Berkeley National Laboratory; ANDREW WYROBEK, an individual, Senior Biomedical Scientist at Lawrence Livermore National Laboratory; NAN LIU, an individual, Senior Biomedical Scientist at Lawrence | Case No. C 06-00678 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENDING TIME TO COMPLETE INITIAL DISCLOSURES PURSUANT TO RULE 26 |

1

STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENDING TIME TO COMPLETE INITIAL DISCLOSURES
PURSUANT TO RULE 26

Livermore National Laboratory; and DOES One through Fifty, inclusive,

Defendants.

Plaintiff CHANG-SU LIM and defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, JUDITH CAMPISI, ANDREW WYROBEK, and NAN LIU (hereinafter collectively referred to as "UC"), and defendants the BUCK INSTITUTE FOR AGE RESEARCH, JUDITH CAMPISI, and GORDON LITHGOW (hereinafter collectively referred to as "BUCK") by and through their counsel hereby stipulate as follows.

The last day to complete Rule 26 disclosures is May 5, 2006. On May 3, 2006, plaintiff's counsel unexpectedly received a substantial number of documents from plaintiff. Thus, plaintiff's counsel needs additional time to review these documents in order to determine whether they should be produced pursuant to Rule 26.

Moreover, due to the complexity of plaintiff's case, plaintiff's counsel needs additional time to complete other aspects of the Rule 26 disclosures. Defendants UC and Buck do not object to continuing the due date for the Rule 26 disclosures to May 12, 2006.

Therefore, the parties hereby stipulate that the due date for Rule 26 disclosures be continued from May 5, 2006 to May 12, 2006.

Dated: May 4, 2006.

Respectfully submitted,

LAW OFFICES OF JAMES M. BRADEN

By: _____
Pamela J. Sieux
Attorneys for Plaintiff Chang-Su Lim

2

STIPULATION AND [PROPOSED] ORDER RE EXTENDING TIME TO COMPLETE INITIAL DISCLOSURES PURSUANT TO RULE 26

| | | |
|---|---|---|
| 1 | Dated: May 4, 2006. | HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Paul B. Mello |
| 5 | | Paul B. Mello |
| 6 | | Attorneys for Defendants The Regents of the University of California, Judith Campisi, Andrew Wyrobek, and Nan Liu |
| 7 | | |
| 8 | Dated: May 4, 2006. | MORGAN, LEWIS & BOCKIUS, LLP |

By: /s/ Eric Meckley
Eric Meckley
Attorneys for Defendants the Buck Institute for Age Research, Judith Campisi, and Gordon Lithgow

IT IS SO ORDERED.

Dated: __May 5,_____, 2006.

/s/ Jeffrey S. White
Jeffrey S. White
United States District Court Judge
by Honorable Martin J. Jenkins

3

STIPULATION AND [PROPOSED] ORDER RE EXTENDING TIME TO COMPLETE INITIAL DISCLOSURES PURSUANT TO RULE 26