IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG-SU LIM,<br><br>    Plaintiff,<br><br>v.<br><br>BUCK INSTITUTE FOR AGE RESEARCH, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-00678 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on July 7, 2006 on Defendants' motions for judgment on the pleadings. The Court HEREBY ORDERS that any opposition to these motions shall be filed by no later than Tuesday, May 30, 3006 and Defendants' reply briefs shall be filed by no later than Tuesday, June 6, 2006.

    If the Court determines that these motions are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: May 16, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE