1   JAMES M. BRADEN -- 102397
    PAMELA J. SIEUX -- 201102
2   LAW OFFICES OF JAMES M. BRADEN
    44 Montgomery Street, Suite 1210
3   San Francisco, CA 94104
    Telephone: (415) 398-6865
4   Facsimile: (415) 788-5605
    braden@sf-lawyer.com
5   pam@sf-lawyer.com

6   Attorneys for Plaintiff CHANG-SU LIM

7
    HANSON, BRIDGETT, MARCUS,
8   VLAHOS & RUDY, LLP
    DOUGLAS H. BARTON - 42698
9   PAUL B. MELLO - 179755
    425 Market Street, 26th Floor
10  San Francisco, CA 94105
    Telephone:    (415) 777-3200
11  Facsimile:    (415) 541-9366
    dbarton@hansonbridgett.com
12  pmello@hansonbridgett.com

13  Attorneys for Defendants
    THE REGENTS OF THE
14  UNIVERSITY OF CALIFORNIA,
    JUDITH CAMPISI, ANDREW
15  WYROBEK and NAN LIU

ERIC MECKLEY -- 168181
CHAYA MANDELBAUM -- 239048
MORGAN, LEWIS & BROCKIUS
LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
emeckley@morganlewis.com
cmandelbaum@morganlewis.com

Attorneys for Defendants
THE BUCK INSTITUTE
FOR AGE RESEARCH,
JUDITH CAMPISI, AND
GORDON LITHGOW

16                  **UNITED STATES DISTRICT COURT**

17                  **NORTHERN DISTRICT OF CALIFORNIA**

18

19

20  CHANG-SU LIM, an individual,                    No. C 06-0678 JSW

21                  Plaintiff,                       STIPULATION AND [PROPOSED]
                                                     ORDER RE EXTENDING BRIEFING
21          v.                                       SCHEDULE RE DEFENDANTS'
                                                     MOTIONS FOR JUDGMENT ON THE
22                                                   PLEADINGS
    BUCK INSTITUTE FOR AGE RESEARCH, a
23  California corporation, doing business as Buck
    Institute -- Advancing Age Research; JUDITH
24  CAMPISI, an individual, Professor at the Buck
    Institute for Age Research; GORDON
25  LITHGOW, an individual, Associate Professor at
    the Buck Institute for Age Research; THE
26  REGENTS OF THE UNIVERSITY OF
    CALIFORNIA, a California corporation that is a
27  public agency or entity of the State of California,
    doing business as Lawrence Berkeley National
28  Laboratory; LAWRENCE BERKELEY          - 1 -

1  NATIONAL LABORATORY, a business entity
   of unknown form; LAWRENCE LIVERMORE
2  NATIONAL LABORATORY, a business entity
   of unknown form; JUDITH CAMPISI, an
3  individual, Senior Staff Scientist at Lawrence
   Berkeley National Laboratory; ANDREW
4  WYROBEK, an individual, Senior Biomedical
   Scientist at Lawrence Livermore National
5  Laboratory; NAN LIU, an individual, Senior
   Biomedical Scientist at Lawrence Livermore
6  National Laboratory; and DOES One through
   Fifty, inclusive,
7
                 Defendants.
8

9

10     Plaintiff CHANG-SU LIM and defendants THE REGENTS OF THE UNIVERSITY OF

11  CALIFORNIA, JUDITH CAMPISI, ANDREW WYROBEK, and NAN LIU (hereinafter

12  collectively referred to as "UC"), and defendants the BUCK INSTITUTE FOR AGE

13  RESEARCH, JUDITH CAMPISI, and GORDON LITHGOW (hereinafter collectively referred to

14  as "BUCK") by and through their counsel hereby stipulate as follows.

15     On May 12, 2006, defendants UC and Buck filed their motions for judgment on the

16  pleadings seeking dismissal of many of plaintiff's claims.   Defendants noticed their motions to

17  be heard on June 23, 2006.  On May 16, 2006, the Court ordered that the hearing date on these

18  motions be scheduled for July 7, 2006.  Thereafter, on the same day, the Court issued an Order

19  Setting Briefing Schedule. The Order stated that plaintiff's opposition briefs to defendants' two

20  motions be filed no later than May 30, 2006, and defendants' reply briefs be filed no later than

21  June 6, 2006.

22     At the Case Management Conference on May 12, 2006, the Court ordered the parties to

23  meet and confer to try to dispose of the issues raised in defendants' motions for judgment on the

24  pleadings, and engage in a meet and confer concerning plaintiff's proposed amendments to the

25  complaint and any other amendments that should be made to the complaint in view of defendants'

26

27

28                                        - 2 -

STIPULATION AND [PROPOSED] ORDER RE EXENDING
BRIEFING SCHEDULE RE DEFENDANTS' MOTIONS FOR
JUDGMENT ON THE PLEADINGS (CASE NO. C 06-0678 JSW)

motions. In addition, at the May 12 Case Management Conference, the Court ordered the parties to file a detailed supplemental discovery plan by no later than May 19, 2006.

Plaintiff has brought twenty claims which are factually complicated. Defendants' two motions for judgment on the pleadings will require plaintiff to perform extensive legal research to oppose them. Thus far, much of this week has been spent working on preparation of a detailed discovery plan. Plaintiff anticipates that engaging in a meaningful meet and confer with defendants concerning their motions, plaintiff's proposed amendments to the complaint, and any other amendment of the complaint taking defendants' motions into consideration will consume a substantial amount of plaintiff's time.

Thus, plaintiff respectfully requests that the Court continue the briefing schedule ordered by it for three days such that plaintiff's opposition briefs to these two motions would be due June 2 and defendants' reply briefs would be due on June 9. Defendants UC and Buck do not oppose this 3-day extension of time of the parties' briefing schedule concerning these motions.

Therefore, the parties hereby stipulate that the plaintiff's opposition brief to defendants' motions shall be filed no later than June 2, and defendants' reply briefs shall be filed no later than June 9.

Dated: May 19, 2006.                    Respectfully submitted,

                                        LAW OFFICES OF JAMES M. BRADEN


                                        By: _____
                                            Pamela J. Sieux
                                            Attorneys for Plaintiff Chang-Su Lim

- 3 -

STIPULATION AND [PROPOSED] ORDER RE EXENDING
BRIEFING SCHEDULE RE DEFENDANTS' MOTIONS FOR
JUDGMENT ON THE PLEADINGS (CASE NO. C 06-0678 JSW)

1    Dated: May 19, 2006.                    HANSON, BRIDGETT, MARCUS,
                                             VLAHOS & RUDY, LLP
2

3

4                                            By: _____
                                                 Douglas H. Barton
5                                                Paul B. Mello
                                                 Attorneys for Defendants The Regents
6                                                of the University of California,
                                                 Judith Campisi, Andrew Wyrobek, and
7                                                Nan Liu

8    Dated: May 19, 2006.                    MORGAN, LEWIS & BOCKIUS, LLP

9

10

11                                           By: _____
                                                 Eric Meckley
12                                               Attorneys for Defendants the Buck
                                                 Institute for Age Research,
13                                               Judith Campisi, and Gordon Lithgow

14          IT IS SO ORDERED.

15   Dated: _____, 2006.

16

17                                           _____
18                                               Jeffrey S. White
                                                 United States District Court Judge
19

20

21

22

23

24

25

26

27

28                                    - 4 -
     STIPULATION AND [PROPOSED] ORDER RE EXENDING
     BRIEFING SCHEDULE RE DEFENDANTS' MOTIONS FOR
     JUDGMENT ON THE PLEADINGS (CASE NO. C 06-0678 JSW)

| | |
|---|---|
| 1 | Dated: May 19, 2006. |
| 2 | |

Dated: May 19, 2006.

HANSON, BRIDGETT, MARCUS,
VLAHOS & RUDY, LLP

By:_____
    Douglas H. Barton
    Paul B. Mello
    Attorneys for Defendants The Regents
    of the University of California,
    Judith Campisi, Andrew Wyrobek, and
    Nan Liu

Dated: May 19, 2006.

MORGAN, LEWIS & BOCKIUS, LLP

By:_____
    Eric Meckley
    Attorneys for Defendants the Buck
    Institute for Age Research,
    Judith Campisi, and Gordon Lithgow

IT IS SO ORDERED.

Dated: ___May 22_____, 2006.

_____
Jeffrey S. White
United States District Court Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER RE EXENDING
BRIEFING SCHEDULE RE DEFENDANTS' MOTIONS FOR
JUDGMENT ON THE PLEADINGS (CASE NO. C 06-0678 JSW)