HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
DOUGLAS H. BARTON - 42698
PAUL B. MELLO - 179755
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
dbarton@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
JUDITH CAMPISI, ANDREW WYROBEK and NAN LIU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG-SU LIM, an individual,<br><br>              Plaintiff,<br><br>    v.<br><br>BUCK INSTITUTE FOR AGE RESEARCH, a California corporation, doing business as Buck Institute -- Advancing Age Research; JUDITH CAMPISI, an individual, Professor at the Buck Institute for Age Research; GORDON LITHGOW, an individual, Associate Professor at the Buck Institute for Age Research; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation that is a public agency or entity of the State of California, doing business as Lawrence Berkeley National Laboratory; LAWRENCE BERKELEY NATIONAL LABORATORY, a business entity of unknown form; LAWRENCE LIVERMORE NATIONAL LABORATORY, a business entity of unknown form; JUDITH CAMPISI, an individual, Senior Staff Scientist at Lawrence Berkeley National Laboratory; ANDREW WYROBEK, an individual, Senior Biomedical Scientist at Lawrence Livermore National Laboratory; NAN LIU, an individual; and DOES One through Fifty, inclusive,<br><br>              Defendants. | No. C 06-0678 JSW<br><br>**ORDER EXCUSING DEFENDANT NAN LIU FROM PERSONAL ATTENDANCE AT THE JULY 21, 2006 MEDIATION PURSUANT TO ADR LOCAL RULE 6-9(d)** |

- 1 -

[PROPOSED] EXCUSING DEFENDANT LIU FROM
ATTENDANCE AT THE JULY 21, 2006 MEDIATION
(CASE NO. C 06-0678 JSW)

1261604.1

Defendant Nan Liu having requested through her counsel of record that she be excused from attending the mediation set for July 21, 2006 before Mediator Kristen Maloney on the ground that the disruption of a previously scheduled vacation from July 17 through July 28, 2006 would impose an extraordinary or otherwise unjustifiable hardship for her to attend the mediation on July 21, 2006; Defendant Liu having committed to be available by cell phone should there be a need to consult with her concerning any issue that may affect settlement prospects; and counsel for Defendant Liu having represented that no other party objects to Defendant Liu's absence from the mediation in these circumstances.

The Court, after considering this request and considering the requirements of ADR Local Rule 6-9, hereby excuses Defendant Nan Liu from personal attendance at the July 21, 2006 mediation and directs that she be available for consultation by telephone, during the mediation, if needed.

IT IS SO ORDERED.

DATED: July 5, 2006

_____
The Honorable _____
United _____
*IT IS SO ORDERED*
*Bernard Zimmerman*
Judge Bernard Zimmerman

- 2 -

[PROPOSED] EXCUSING DEFENDANT LIU FROM
ATTENDANCE AT THE JULY 21, 2006 MEDIATION
(CASE NO. C 06-0678 JSW)

1261604.1