IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHANG-SU LIM,

    Plaintiff,

v.

BUCK INSTITUTE FOR AGE RESEARCH,

    Defendant.
                                                    /

No. C 06-00678 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On July 27, 2006, the parties notified the Court that this matter had settled. There has been no further action. Accordingly, the parties are HEREBY ORDERED to submit a joint status report advising the Court on their progress in finalizing the settlement and when the expect the matter to be dismissed. This status report shall be due on September 12, 2006.

**IT IS SO ORDERED.**

Dated: September 5, 2006

                                                                          JEFFREY S. WHITE
                                                                          UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California