IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHANG-SU LIM,

    Plaintiff,

v.

BUCK INSTITUTE FOR AGE RESEARCH,

    Defendant.

No. C 06-00678 JSW

**ORDER REQUIRING FURTHER JOINT STATUS REPORT**

On July 27, 2006, the parties notified the Court that this matter had settled. On September 12, 2006, the parties filed a joint status report and asked that the Court permit them an additional two weeks from that date to finalize their settlement. The Court has not yet received a dismissal from the parties.

Accordingly, the parties are HEREBY ORDERED to submit a further joint status report advising the Court on their progress in finalizing the settlement and when the expect the matter to be dismissed. This status report shall be due on October 19, 2006, unless the parties file a dismissal in advance of that date.

**IT IS SO ORDERED.**

Dated: October 10, 2006

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE