IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG-SU LIM,<br><br>    Plaintiff,<br><br>v.<br><br>BUCK INSTITUTE FOR AGE RESEARCH, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-00678 JSW<br><br>**ORDER SETTING STATUS CONFERENCE** |

On October 13, 2006, the parties submitted a Further Joint Status Report advising the Court that the impediment to finalizing the settlement in this matter reached through mediation is a fee dispute between plaintiff Dr. Lim and his former attorneys. The Court HEREBY ORDERS the parties and Dr. Lim's former attorney, James M. Braden, to appear on October 27, 2006, for a status conference at 1:30 p.m. to discuss the status of the settlement process. If a dismissal is filed before that date, the status conference shall be vacated.

**IT IS SO ORDERED.**

Dated: October 20, 2006

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE