| | |
|---|---|
| CHANG-SU LIM, in pro se<br>664 Beaver Creek Rd.<br>Floyd, VA 24901<br>Telephone: (540) 763-4492<br>cslim@swva.net<br><br>In Pro Se Plaintiff CHANG-SU LIM<br><br>HANSON, BRIDGETT, MARCUS,<br>VLAHOS & RUDY, LLP<br>DOUGLAS H. BARTON - 42698<br>PAUL B. MELLO - 179755<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>dbarton@hansonbridgett.com<br>pmello@hansonbridgett.com<br><br>Attorneys for Defendants<br>THE REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA,<br>JUDITH CAMPISI, ANDREW<br>WYROBEK and NAN LIU | ERIC MECKLEY -- 168181<br>CHAYA MANDELBAUM -- 239048<br>MORGAN, LEWIS & BROCKIUS<br>LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>emeckley@morganlewis.com<br>cmandelbaum@morganlewis.com<br><br>Attorneys for Defendants<br>THE BUCK INSTITUTE<br>FOR AGE RESEARCH,<br>JUDITH CAMPISI, AND<br>GORDON LITHGOW |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG-SU LIM, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BUCK INSTITUTE FOR AGE RESEARCH, a California corporation, doing business as Buck Institute -- Advancing Age Research; JUDITH CAMPISI, an individual, Professor at the Buck Institute for Age Research; GORDON LITHGOW, an individual, Associate Professor at the Buck Institute for Age Research; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation that is a public agency or entity of the State of California, doing business as Lawrence Berkeley National Laboratory; LAWRENCE BERKELEY NATIONAL LABORATORY, a business entity of unknown form; LAWRENCE LIVERMORE NATIONAL LABORATORY, a business entity of unknown form; JUDITH CAMPISI, an individual, Senior Staff Scientist at Lawrence | No. C 06-0678 JSW<br><br>**FURTHER JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE OF OCTOBER 27, 2006 STATUS CONFERENCE**<br><br>**Date: October 27, 2006**<br>**Time: 1:30 p.m.**<br>**Courtroom: 2, 17th Fl.**<br>**Judge: Hon. Jeffrey S. White** |

FURTHER JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE
(CASE NO. C 06-0678 JSW)

1282246.1

| | |
|---|---|
| 1 | Berkeley National Laboratory; ANDREW WYROBEK, an individual, Senior Biomedical Scientist at Lawrence Livermore National Laboratory; NAN LIU, an individual, Senior Biomedical Scientist at Lawrence Livermore National Laboratory; and DOES One through Fifty, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | |

7  Plaintiff Chang-Su Lim ("Plaintiff") and Defendants the Buck Institute for Age Research

8  ("Buck"), Gordon Lithgow, The Regents of the University of California ("Regents" or

9  "University"), Judith Campisi, Andrew Wyrobek and Nan Liu (collectively "Defendants"),

10 hereby jointly submit this Further Joint Status Report and Request for Continuance of October 27,

11 2006 Status Conference.

12  The parties reported in the Further Joint Status Report filed on October 13, 2006 that the

13 only impediment to the complete disposition of this case was a fee dispute between Dr. Lim and

14 his former counsel. On October 23, 2006 Lim and his former attorneys informed defense counsel

15 that their fee dispute had been resolved. Thus, the parties may proceed to implement the

16 settlement to which they previously agreed. Unfortunately, this process cannot be completed in

17 time to file a dismissal with the Court before the October 27, 2006 Status Conference because,

18 under the parties' detailed settlement agreement, certain settlement obligations must be

19 implemented before the stipulation for dismissal can be filed.

20  Plaintiff has executed the detailed settlement agreement and the stipulation for dismissal.

21 In addition, Counsel for defendants are obtaining signatures from the various defendants, and

22 expect to have them within a week.

23  In light of these developments, the parties request that the Court continue the October 27,

24 2006 Status Conference for three (3) weeks to permit the parties sufficient time to implement the

25 settlement and to file the stipulation for dismissal.

26 ///

27 ///

28 ///

- 2 -

FURTHER JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE
(CASE NO. C 06-0678 JSW)

1282246.1

| | | |
|---|---|---|
| 1 | DATED: October 24, 2006 | |
| 2 | | /s/ |
| 3 | | CHANG-SU LIM<br>Plaintiff, in pro se |
| 4 | DATED: October 24, 2006 | MORGAN, LEWIS & BROCKIUS LLP |
| 5 | | |
| 6 | | By: /s/ |
| 7 | | ERIC MECKLEY<br>CHAYA MANDELBAUM<br>Attorneys for Defendants |
| 8 | | THE BUCK INSTITUTE FOR AGE<br>RESEARCH, JUDITH CAMPISI, AND |
| 9 | | GORDON LITHGOW |
| 10 | DATED: October 24, 2006 | HANSON BRIDGETT MARCUS VLAHOS<br>& RUDY, LLP |
| 11 | | |
| 13 | | By: /s/<br>DOUGLAS H. BARTON |
| 14 | | PAUL B. MELLO<br>Attorneys for Defendants |
| 15 | | THE REGENTS OF THE UNIVERSITY<br>OF CALIFORNIA, JUDITH CAMPISI, |
| 16 | | ANDREW, WYROBEK and NAN LIU |

I, Paul B. Mello, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ("/s/") within this e-filed document.

Pursuant to the parties' stipulation, the Court HEREBY CONTINUES the status conference to December 1, 2006 at 1:30.

Dated: October 26, 2006

IT IS SO ORDERED
Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -

FURTHER JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE
(CASE NO. C 06-0678 JSW)

1282246.1